Todd D. & Larry D. DeGRAW,
Respondents,

v.

ZENITH EXTERIORS, and General Casualty Cos., Relators,

and

St. Croix Orthopedic P.A., and Blue Cross Blue Shield of Minnesota, Intervenors.

No. A04–595.

Supreme Court of Minnesota.

June 29, 2004.

Hon. William R. Pederson, Workers Compensation Court of Appeals.

M. Shannon Peterson, McCollum, Crowley, Moschet & Miller, Ltd., Minneapolis, MN, for Relators.

Eric R. Lee, Milavetz, Gallop & Milavetz, PA, Coon Rapids, MN, for Respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 8, 2004, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT
/s/Helen H. Meyer
Associate Justice